IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                            **Civ. No. 05-1263 MV/DJS**

$148,840.00 IN UNITED STATES CURRENCY,

    *Defendant*,

DAVID AUSTIN,

    *Claimant*.

## **FINAL JUDGMENT AND ORDER OF FORFEITURE**

This matter is before the Court on the Settlement Agreement and Release between the United States and Claimant David Austin. The Court has reviewed the agreement and is fully advised in the premises. The Court hereby Orders as follows:

1. The United States will return $58,840.00 of defendant $148,840.00 in U.S. Currency to Claimant David Austin.

2. All right, title and interest in $90,000.00 of defendant $148,840.00 in U.S. Currency is forfeited to the United States and title thereto is vested in the United States.

3. Each party will bear its own costs and attorney's fees in this case.

_____
MARTHA VAZQUEZ
CHIEF UNITED STATES DISTRICT JUDGE


SUBMITTED BY:                               APPROVED BY:

/s/                                                       /s/
STEPHEN R. KOTZ                     RICHARD M. BARNETT, ESQ.
Assistant U.S. Attorney                Attorney for Claimant David Austin
Post Office Box 607                   105 West F Street, 4th Floor
Albuquerque, NM 87103             San Diego, California 92101
Telephone: (505) 224-1464         Telephone: (619) 231-1182